# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| Debtor: | DAVID M JIMENEZ & NYDIA H ESPINOZA |
| Case Number: | 2:09-bk-25023-GBN   Chapter: 13 |
| Date / Time / Room: | TUESDAY, APRIL 06, 2010 01:30 PM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

R / M #:   29 / 0

## *Appearances:*

NASSER U. ABUJBARAH, ATTORNEY FOR DAVID M JIMENEZ, NYDIA H ESPINOZA
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

MR. MCDONALD ADVISES THE COURT THAT THE PAYMENTS ARE DUE FROM NOVEMBER AND THAT THIS IS NOT EVEN THE DEBTOR'S RESIDENCE.  IT IS URGED THAT PAYMENTS SHOULD COMMENCE.

MR. ABUJBARAH RESPONDS THAT PARTIAL PAYMENTS HAVE BEEN MADE.

THE COURT:  IT IS HEREBY REQUIRED THAT AS OF MAY 3, 2010, THE DEBTOR SHALL BECOME CURRENT TO THE CREDITOR OR TURNOVER THE ENTIRE AMOUNT OF THE RENTAL PROCEEDS.  THIS IS PREMISED ON THE ATTEMPT TO REVALUE THE PROPERTY WITHIN THIRTY DAYS.  A CONTINUED HEARING IS SET FOR MAY 7, 29010 AT 2:00 P.M.  AN ACCOUNTING SHALL BE PROVIDED BY APRIL 20, 2010 BY THE DEBTOR TO MR. MCDONALD.  THE COURT WILL NOT REQUIRE A TURNOVER THEREFORE; BUT, THERE SHALL BE NO WITHDRAWAL OF FUNDS.