**ORDERED ACCORDINGLY.**

**TIFFANY & BOSCO** P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

**Dated: May 11, 2010**



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27033

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>David M. Jimenez and Nydia H. Espinoza,<br>Debtors.<br><br>Wells Fargo Bank, N.A.<br>      Movant,<br>vs.<br><br>David M. Jimenez and Nydia H. Espinoza<br>Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:09-bk-25023-GBN<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #29)<br><br>Hearing Date: May 7, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 2, 2008, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and David M. Jimenez and Nydia H. Espinoza have an interest in, further described as:

Lot 512, SUNSET KNOLL UNIT THREE, according to Book 88 of Maps, page 23, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE